**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Keith Antravus DeSue, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-000542

---

**ON WRIT OF CERTIORARI**

---

Appeal From Greenville County
Eugene C. Griffith, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-017
Submitted September 15, 2017 – Filed October 4, 2017

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General DeShawn Herman Mitchell, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the Post-Conviction Relief ("PCR") court's dismissal of Petitioner Keith A. DeSue's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**


**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**